# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

RICHARD ULMER                  )

                                     )     **Case No. 3:14-1539**

**v.**                           )     **JUDGE SHARP**

                                     )

STELLAR RECOVERY, INC.      )

                                     )

## O R D E R

Pursuant to the Stipulation to Dismiss (Docket No. 20 ) filed by the parties, this action is

hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil

Procedure.

It is so ORDERED.

_Kevin H. Sharp_
_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE